Francia, Appellant, *v.* Socony Mobil Oil Company, Inc.

Argued April 16, 1969. *Murray S. Love,* with him *Wirtzman, Sikov & Love,* for appellant; *Herbert Jacobson,* with him *Aloysius F. Mahler,* for appellee.

Judgment affirmed.

Grcich, Appellant, *v.* United States Steel Corporation.

Argued April 16, 1969. *Sanford S. Finder,* for appellant; *Stephen D. Marriner,* with him *James D. Strader,* and *McCreight, Marriner & McCreight,* for appellee.

Order and judgment affirmed.

Jeter Unemployment Compensation Case.

Argued June 12, 1969. *Mary B. Jeter,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.